IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

COMPLAINT UNDER CIVIL RIGHTS ACT 42 U.S.C. § 1983

Action Number _____
(To be supplied by the Clerk, U.S. District Court)

Conditionally FILED FEB 17 2017 CLERK, US DISTRICT COURT NORFOLK, VA

Please fill out this complaint form completely. The Court needs the information requested in order to assure that your complaint is processed as quickly as possible and that all your claims are addressed. Please print/write legibly or type.

**I.    PARTIES**

A.    Plaintiff:

1.   (a) David Meyers   (b) 1039777
        (Name)              (Inmate number)

     (c) Red Onion State Prison, 10800 H. Jack Rose
        (Address)
        Highway
        Pound, VA. 24273

Plaintiff MUST keep the Clerk of Court notified of any change of address due to transfer or release. If plaintiff fails to keep the Clerk informed of such changes, this action may be dismissed.

Plaintiff is advised that only persons acting under the color of state law are proper defendants under Section 1983. The Commonwealth of Virginia is immune under the Eleventh Amendment. Private parties such as attorneys and other inmates may not be sued under Section 1983. In addition, liability under Section 1983 requires personal action by the defendant that caused you harm. Normally, the Director of the Department of Corrections, wardens, and sheriffs are not liable under Section 1983 when a claim against them rests solely on the fact that they supervise persons who may have violated your rights. In addition, prisons, jails, and departments within an institution are not persons under Section 1983.

B.    Defendant(s):

1.   (a) G. Kellett, G.E.O. Inc   (b) Unit Manager/Intelligence OFC. GEO Inc
        (Name)                         (Title/Job Description)

     (c) Lawrenceville Correctional Center
        (Address)
        1607 Planters Road
        Lawrenceville, VA. 23868



1.A.(a) Paul Haymes (b) Chief of Special Investigations Unit
    (c) Virginia Department of Corrections, P.O. Box 26963 Richmond VA. 23261
1.b.(A) Director Harold Clarke (b) Director of Department of Corrections
    (c) VADOC, 6900 Atmore Drive, Richmond VA. 23261
1.b.A.(A) E. Barksdale (b) Supervisor (c) Red Onion State Prison, P.O. Box 970, Pound VA 24279

I.C.(A) *J. Wang;(B) Green Rock Correctional Center Physician*
Green Rock Correctional Center, P.O. Box 1000, Chatham, VA. 24531
I.D.(A) Ms. S. Massenburg, R. Stocks, B. Alvis; (B) Green Rock Correctional Center, P.O. Box 1000 Chatham VA.

2. (a) **Edward Wight** (b) **Superintendent - GEO. Inc**
   (Name)                                      (Title/Job Description)

   (c) **Lawrenceville Correctional Center**
   (Address)
   **1607 Planters Road**
   **Lawrenceville, VA. 23868**

3. (a) **D. Goode, Daniel Calhoun, C. Jones** (b) **Health Services Administrator, Physician, GEO. Inc**
   (Name)                                      (Title/Job Description)

   (c) **Lawrenceville Correctional Center**
   (Address)
   **1607 Planters Road**
   **Lawrenceville, VA. 23868**

4. Kieth Dawkins, VADOC Central Classifications Services Manager, P.O. Box 26963, Richmond VA 23261

If there are additional defendants, please list them on a separate sheet of paper. Provide all identifying information for each defendant named.

**Plaintiff MUST provide a physical address for defendant(s) in order for the Court to serve the complaint. If plaintiff does not provide a physical address for a defendant, that person may be dismissed as a party to this action.**

**II.    PREVIOUS LAWSUITS**

A.  Have you ever begun other lawsuits in any state or federal court relating to your imprisonment?   Yes [ ]   No [X]

B.  If your answer to "A" is Yes: You must describe any lawsuit, whether currently pending or closed, in the space below. If there is more than one lawsuit, you must describe each lawsuit on another sheet of paper, using the same outline, and attach hereto.

   1.  Parties to previous lawsuit:

   Plaintiff(s) ———

   Defendant(s) ———

   2.  Court (if federal court, name the district; if state court, name the county):

   ———

   3.  Date lawsuit filed: ———

   4.  Docket number: ———

5. Name of Judge to whom case was assigned: ——

6. Disposition (Was case dismissed? Appealed? Is it still pending? What relief was granted, if any?):

## III. GRIEVANCE PROCEDURE

A. At what institution did the events concerning your current complaint take place: Lawrenceville Correctional Center, Green Rock Correctional Center, Pocahontas State Correctional Center, Red Onion State Prison

B. Does the institution listed in "A" have a grievance procedure? Yes [X]  No [ ]

C. If your answer to "B" is Yes:

   1. Did you file a grievance based on this complaint? Yes [X] No [ ]

   2. If so, where and when: LVCC 03/09/2015, Until Transfer, GROC 07/08/2016 Until Transfer; 12-12-2016 Pocahontas State Correctional Until Transfer;

   3. What was the result? All Issues Were Not Resolved By Prison Administrations, Special Investigation Unit, VADOC Central Classification Services, Grievances Were Not Resolved By Ombudsman Regional Offices Or By Director Harold Clarke.

   4. Did you appeal? Yes [X] No [ ]

   5. Result of appeal: Grievances Were Returned Uninvestigated And With A Strawman Argument, Or Roamacole About Contact Facility Unit Manager Concerning Non-Compliance Of Operating Procedure 866.1 Grievance Procedure.

D. If there was no prison grievance procedure in the institution, did you complain to the prison authorities? Yes [X] No [ ]

   If your answer is Yes, what steps did you take? On Grievances Filed On Offender Ka; Mullins Stabbing Me On 03/18/2015 And On My Keep Separates From Mullins And Other Inmates Grievances Were Returned And S. Massenburg Alleges Keep Separate Request Is A Request Not Grievable.

E. If your answer is No, explain why you did not submit your complaint to the prison authorities:

· Plaintiff Is In Serious Imminent Danger Of Being Physically Injured Or Murdered While Housed In Red Onion State Prison, If This Case Not Filed And Further Proceedings Conducted. D.M.

## IV. STATEMENT OF THE CLAIM

This Is A 4th And 8th Amendment Claim, Personal Injury Claim And A Violation Of 1st, 4th, 5th, 6th, 8th, 14th Amendments Of The U.S. Constitution.

State here the facts of your case. Describe how each defendant is involved and how you were harmed by their action. Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.

On 03/08/2015 I Filed A Informal Complaint On Not Wanting To Be Housed With Sex Offenders At Lawrenceville Correctional Center, Due To Being Crippled And Handicapped And Having To Rely On Walker To Stand And Walk With, Due To Legs, Back And Neck Injuries From Motor Vehicle Accident 2005 And Being Shot Twice In Left Leg, Once In Hip, Shot In 3 Fingers On Left Hand, Shot Twice In Right Rib, And Shot Once In Chest, Bullet Is Still Lodged Beside My Heart. I Also Had Filed A Grievance On Counselor CMC-Burke For Ducking Work And Not Filing My Enemy List Of Keep Separates Requests So I Dont Come Into Contact With Offenders Who Were Making Death Threats To Kill Me. I Also Had Filed Several Request Forms To The Unit Manager G. Kellett Requesting To Be Housed In A Handicap Cell That Had Rails On The Walls To Help Me Stand Up And Prevent Me From Falling. Unit Manager G. Kellett, And CMC-Burke Got Mad Because Of The Grievances I Filed And Instigated Offender Kaj Mullins To Stab And Malicious Wound Me On 03/18/2015. Offender Kaj Mullins Returned To Our Assigned Cell LVCC-Unit 82-Cell-112 With The 2 Grievances I Had Written And Said He Had Gotten The Grievances From Unit Manager Kellett, And Counselor Burke. Mullins Pulled Out A 5 Inch Sharpened Homemade Knife And Stabbed Me In My Left Eye, Then Struck Me In My Nose With A Combination Masterlock Attached On A State Issued Belt, Fracturing My Nose. It Was Prison Count Time Around 11:20 A.M, The Booth Control Officer Allowed Our Cell Door To Remain Open So Mullins And His Gang Member Friend Could Enter And Exit My Cell While The Stabbing And Lock Beating Was Occurring. The Pod Floor Officer Remained In Front Of The Unit Outside The Pod (Officer Gillus) Knowing Mullins Was Stabbing Me And Beating Me With The Lock And Our Cell Door Was Still Unlocked At Institution Count Time Without A Pod Officer Investigating Why. After I Was Stabbed And Beaten With Lock, My Eye Was Pouring Blood And I Staggered To The Pod Entrance Door, And Officer Gillus Opened The Door (Pod Door) And Took Me To The Medical Department. And Officer Gillus Told The Medical Department I Fell And Hit My Eye On A Boot, Or Fell And Stuck My Eye On The Corner Of The Table. I Was Taken To Community Memorial Hospital In South Hill Virginia, But My Eye Could Not Be Repaired Or Stop Bleeding, So I Was Rushed To Mid Atlantic Eye Physicians In South Hill Virginia. GEO-Inc Employees Jones And Bright Told Emergency Room Physicians And Physicians At Mid Atlantic Eye Physicians I Fell And Hit My Eye On A Boot Or Corner Of A Table. I Was Unconscious And Unable To Tell What Had Occurred. I Was Placed In LVCC Restricted Housing Unit For Several Weeks And The Institution Investigators Morgan And Whitfeld Refused To Come Investigate The Incident Or Interview Me, Or Notify Brunswick County Magistrate Or Brunswick County Commonwealth Attorney Leslie Smith Green, Or Contact Chief Paul Haymes Of VADOC Special Investigations Unit To Send An Investigator To Interview Me. No Investigators At LVCC, GROC, PSCC, Or Red Onion State Prison Filed And Reported Stabbing Incident, Sexual Harassments, Sexual Assaults. All 4 Prisons And Director Clarke Refuse

(5) To Provide Me Physical Therapy At Greensville Correctional Center. Offender DaQuincy Batts And Offender Kevin Abney Eyewitnessed Offender Kaj Mullins Stabbing Me In My Eye On 05/18/2015. The Lawrenceville Correctional Center Restricted Housing Unit Security Staff Gave Me Orders To Just Say I Fell And Hit My Eye On A Boot Or That I Slipped Off My Walker And Hit My Eye On The Corner Of The Table In My Cell, If I Don't, That I'll Have Alot Of Problems From Staff. I Filed Several Informal Complaints Grievances On The Stabbing To LVCC Grievance Coordinator C. Jones Who Refused To Receipt And Process The Informal Complaints Or Grievances Unless I Filed And Said I Had Fell And Hit My Eye On A Boot Or Hit My Eye On The Corner Of The Table. My Vision Had Left Completely From My Left Eye And The More I Complained To D. Goode The Health Services Administrator To Receive My Follow Up Visit With The Mid Atlantic Eye Physicians, The More D. Goode Refused To Let Me Be Further Treated For The Stabbing Eye Injury. I Was Continually Coughing Up Blood And Having Bloody Diarrhea, And For 15 Months D. Goode And LVCC Chief Physician Daniel Go Calhoun Refused To Transport Me To A Gastro-enterologist. This Has Resulted In Plaintiff Having Permanent Daily Diarrhea-Defacating Upto 15 Times A Day, And Bowel Incontin-ence. Plaintiff Was Denied His Scheduled Colonscopy And EGT In September 2015 Because The LVCC Staff Nurse Untruthfully Told Plaintiff He Had To Remain In Infirmary Lock Up Cell 4 Days Prior To The Colonscopy And EGT. Plaintiff Refused To Waive His Liberty Right To Be Placed In Infirmary For 4 Days Prior To His Colonscopy Surgery. Plaintiff Made Requests To D. Goode To Re-schedule His Colonscopy Operation And Plaintiff Didn't Receive Colonscopy Until 8 Months Later After Complaining Daily Of Coughing Up Blood And Having Bloody Diarrhea, Severe Stomach Pains. Plaintiff Was Denied His Mental Health Medication By Nurse Summers And Other Nurses At LVCC Beginning In October, November, December 2015. When Plaintiff Arrived At LVCC Clinical Psychologist Ms. Brown Refused To Have Plaintiff Examined By The LVCC Psychiatrist. As Reprisal For My Complaints On Ms. Brown For Refusing To Provide Me Adequate Mental Health Services, Nursing Staff Would Refuse To Let Dr. Barber The Eye Doctor Send Me To A Eye Specialist Or Order Me Glasses. Several Times Blood Lab Technician Ms. Easter Tried To Re-Use Already Used Syringes On Me, To Infect Me With Dangerous Diseases. Because Of My Complaints On Dental Of Medical Treatment And Adequate Mental Health Care And Grievances On Mullins Stabbing Me And Grievances And Complaints On LVCC Staff Misconduct Including Sexual Harassment And Sexual Assault By Mr. And Ms. Davis I Was Transferred To Greenrock Correctional Where Offender Kaj Mullins Was So He Could Stab Me Again. On 07/08/2016 Dr. L. Wang Sodomized Me By Sticking His Fingers Inside My Anus/Rectum Without My Consent. I Was Transferred To Pocahontas State Prison Where Kaj Mullins Was So He Could Stab Me Again. Kieth Davkins And Director Clarke Were Aware Of All These Issues And Incidents And Didn't Resolve Them. On 01/27/2017 I Was Transferred To Red Onion State Prison And All My Prosthetics Braces Taken As Reprisal

(3) Grevances I Posted And Attempted Placing On 90 Day Advance Pay Account As Support For Filing On Staff Misconduct. Red Onion State Prison E. Barksdale Seized My Prostetics, Braces, Eye Patch On 01-27-17

Statement Of The Claim - Attachment Page 3

On 10-02-2016 I Was Denied A Bereavement Visit As Reprisal For Reporting Wang's Sexual Assault And Enemy Situation. Grievance Coordinator Massenburg Refused To Process Grievance Resolve The Issues. Grievance Coordinator C. Jones Refused To Receipt And Process Informal Complaints And Grievances On Kaj Mullins Stabbing Me. Or Report Incident To The Eastern Regional Administrator Hinkle Or Report The Stabbing And Lock Beating To The VADOC Special Investigations Unit. C. Jones Refused To Report Ms. Kelly-Davis 10-28-2015 Sexual Harassment Of Me In Legal Research Center; Because I Rejected Ms. Kelly-Davis Sexual Advances And Her Pulling Her Pants Down Inviting Me To Have Sex With Her, Ms. Kelly-Davis Tore Up My Legal Copies And Filed A Untruthful Disciplinary Offense Report On Me That I Approached Her In A Threatening Manner. Recreation Supervisor Walker Of LVCC Untruthfully Fabricated That I Called Ms. Kelly-Davis A Bitch After She Tore Up My Legal Copies. I Only Had 19 Points As My Total For My Security Level 3 Points. CMC-Counselor M. Jones Changed My Security Level Points To 22 As Reprisal For Me Reporting Ms. Kelly-Davis To The Prison Rape Elimination Act - PREA Investigators. The Approaching In A Threatening Manner DOR Was Expunged And Reduced To A Vulgar And Insolent Language DOR, And Investigator G. Kellett Stated That The Sexual Harassment By Atty Ms. Kelly Davis Never Occurred To Cover Up The PREA Complaint. This Is The Same Unit Manager G. Kellett That Gave My Grievances To Kaj Mullins And Instigated Him To Stab Me And Beat Me With A Lock And Refused To Have Prison Security Come In The Pod To My Cell To Stop Mullins Stabbing Me And Beating Me With Lock February 2016. CMC-Counselor Shiela High Of LVCC And ICA Supervisor Ms. Bullock Changed My Security Level To 25 Points As Reprisal For Still Complaining About Ms. Kelly-Davis Sexual Harassment. Grievance Coordinator C. Jones Refused To Process My Grievances On Ms. Kelly-Davis Husband Sergeant C. Davis Threats And Retaliation For Me Reporting PREA Complaint On His Wife. On 03/28/2016 Sgt. C. Davis Sexually Assaulted Me By Caressing My Testicles When I Came Out Of LVCC Cafeteria. Ms. Bullock The PREA Manager And C. Jones Refused To Do Anything About It. On 04-26-2016 I Reported Sgt. C. Davis And Sgt. D. Mays To Investigators Whitfield And Morgan For Misconduct And Unit Manager - Jerry Street For Dereliction Of Duty And Officer Rhodes For Reprisal Against Me. Investigator Kellett Intercepted The Letter, Refused To Interview Me And Charged Me With Making A False Statement On An Employee, After Chief Of Security A. Parker Filed Memorandum That Investigator Morgan And Whitfield Would Investigate It. Ms. Bullock's Husband Mr. Bullock Acted As Hearing Officer And Sentenced Me To 30 Days In Isolation. This Was All Reprisal For Filing Grievances On The Stabbing, Denial Of Medical And Mental Health Services And Reporting Sexual Harassment And Sexual Assault. I Was Transferred To Green Rock Prison Where Mullins And My Other Enemys Were So They Could Kill Me. Green Rock Prison Grievance Coordinator S. Massenburg Began Making Reprisals On Me On 06-15-2016 By Having Property Officer C. Thomas Refuse To Give Me My 6 Asthma Inhalers For 6 Days. I Was Coughing Up Blood And Nurse Wickers And Medical Staff Would Not Treat Me. R. Stoots And B. Akers Would Not Investigate Wang Sexual Assault Or My Enemy Complaints Or Ofc. G. Telly Sexual Harassment That He Wanted To Cock My Titties On 11-06-2016.

Statement Of The Claim Attachment

(4) I Am A Security Level 3 Offender. Red Onion State Prison Is A SuperMax High Security Level S, 5, And 6 Facility. Per Civil Action Number 7:16CV00573 Roanoke Division, Before U.S. Magistrate Judge Robert Ballou (Sealed) I Am To Be Transferred To A Low Security Level 2/3 Protective Custody Unit To Insure My Safety From Mullins, Other Keep Separates And For Protection From Retributive Offenders. Red Onion State Prison Houses SuperMax Prisoners Who Will Attempt To Infiltrate The SuperMax Protective Custody Unit Where Plaintiff Is Assigned And Murder Plaintiff Due To My Medical Issues Of Needing Walker, Walking Cane, Back Brace, Knee Braces Then Medically Necessary Items were Seized.

## V. RELIEF

I understand that in a Section 1983 action the Court cannot change my sentence, release me from custody or restore good time. I understand I should file a petition for a writ of habeas corpus if I desire this type of relief. __D.M.__ (please initial)

The plaintiff wants the Court to: (check those remedies you seek)

__X__ Award money damages in the amount of $ __#975,000.00__

__X__ Grant injunctive relief by __Injunctive Order Prohibiting Retaliation By VADOC Staff__

__X__ Other __25,000.00 Punitive Damage__

## VI. PLACES OF INCARCERATION

Please list the institutions at which you were incarcerated during the last six months. If you were transferred during this period, list the date(s) of transfer. Provide an address for each institution.

__Lawrenceville Correctional Center, Lawrenceville VA - Transferred On 06-15-16 To -__

__- Green Rock Correctional Center, Chatham VA - Transferred On 12-09-16 To -__

__- Pocahontas State Correctional Center, Pocahontas VA - Transferred On 01-27-17 To -__
__- Red Onion State Prison On 01-27-2017__

## VII. CONSENT

CONSENT TO TRIAL BY A MAGISTRATE JUDGE: The parties are advised of their right, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge preside over a trial, with appeal to the U.S. Court of Appeals for the Fourth Circuit.

**Do you consent to proceed before a U.S. Magistrate Judge:** Yes [ ] No [X]. You may consent at any time; however, an early consent is encouraged. __Request Jury Trial, And A Judge To Preside Over Case, Other Than Chief Judge Robert Douman Due To Racial Discrimination By Douman / Racial Discrimination__

## VIII. SIGNATURE

If there is more than one plaintiff, each plaintiff must sign for himself or herself.

Signed this __31st__ day of __January__, 20__17__.

Plaintiff __David Meyers D.M.__